AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

*filed in open court 5/10/2005*

UNITED STATES OF AMERICA

V.

DINIKUE BROWN

**WARRANT FOR ARREST**

CASE NUMBER: 4:05CR40024-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DINIBUE BROWN AKA CHARLES KING, AKA MOUSE, AKA BRYANT MACK**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**DISTRIBUTION OF COCAINE BASE**

*RECEIVED 2005 APR 29 P 3:00 U.S. MARSHALS SERVICE WORCESTER, MA*

in violation of Title ___ United States Code, Section(s) 841(a)(1)

Deborah _____   |   Deputy Clerk
Name of Issuing Officer   |   Title of Issuing Officer

*Debra [signature]*   |   April 29, 2005  Worcester, MA
Signature of Issuing Officer   |   Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at FITCHBURG MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/9/05 | DAVID DITULIO, S/A | *David D [signature]* |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: DINIKUE BROWN

ALIAS: CHARLES KING; MOUSE; BRYANT MACK

LAST KNOWN RESIDENCE: 

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH (4 digit year): 00-00-1986

SOCIAL SECURITY NUMBER (last 4 digits only): 

HEIGHT:                                                           WEIGHT: 

SEX: MALE                                                    RACE: 

HAIR:                                                               EYES: 

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 709672AC9

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: DRUG ENFORCEMENT ADMINISTRATION

JFK FEDERAL BUILDING, SUITE E-400, 15 NEW SUDBURY STREET

BOSTON, MA 02210-01331