≛AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

UNITED STATES

V.

DINIKUE BROWN

**EXHIBIT AND WITNESS LIST**

Case Number:  05-40024-FDS

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY ASIAF | DEFENDANT'S ATTORNEY GORMLEY |
|---|---|---|
| TRIAL DATE (S) 4/26/2005 | COURT REPORTER 3:20 p | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  | Witnesses |
|  |  | 5/26/05 |  |  | James Gilbert |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 5/26/05 | X | X | Log Sheet of Undercover buys involving Mr. Brown |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages