UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                    )<br>)<br>)<br>)<br>)<br>DINIKUE BROWN                       )<br>_____) | Criminal No. 05-40024-FDS |

NOTICE OF INITIAL STATUS CONFERENCE
May 26, 2005

SWARTWOOD, C.M.J.

1.     Unless counsel inform the Court in a Joint Memorandum in accordance with LR 116.5(C) on or before **Friday, July 1, 2005**, that there is no need for an initial status conference, such a conference will be held on **Thursday, July 7, 2005, at 10:00 a.m.**, in Courtroom No. 16 on the Fifth Floor, Boston, MA. If the Joint Memorandum is not filed with the Court on or before **Friday, July 1, 2005**, then the parties must appear for the initial status conference either in person or by telephone.[1]

2.     If counsel feel that there is need for an initial status conference, then on or before the close of business on **Friday, July 1, 2005**, counsel shall inform my Courtroom Clerk as to whether they want the status conference to be conducted in person or by telephone .

3.     ORIGINALS OF ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING). **NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED**.

/s/ Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.