UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,            )
                                     )
            v.                       )   CRIMINAL ACTION
                                     )   NO. 05-40024-FDS
DINIKUE BROWN,                       )
            Defendant,               )
_____  )

INITIAL STATUS REPORT
July 12, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has completed its obligation for automatic discovery and counsel for Mr. Brown has requested additional time to review that discovery. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on August 29, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the period from June 9, 2005 (date of

expiration of prior order of excludable time) through August 29, 2005 (date by which Defendant shall have completed his review of discovery produced by the Government in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, November 7, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
