UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                 )<br>)<br>DINIKUE BROWN,              )<br>        Defendant,          )<br>                             ) | CRIMINAL ACTION<br>NO. 05-40024-FDS |

ORDER OF EXCLUDABLE TIME
July 12, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 9, 2005 (date of expiration of prior order of excludable time) through August 29, 2005 (date by which Defendant shall have completed his review of discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE