UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 05-40024-FDS** |
| | ) | |
| | ) | |
| **DINIKUE BROWN** | ) | |

**MOTION FOR A PRE-PLEA PRESENTENCE REPORT**
*(Assented to)*

Now comes the defendant, DINIKUE BROWN, and moves this Honorable Court to order a Pre-Plea Presentence Report be prepared by the Probation Department.

As grounds for this request, defense counsel states that there are ambiguities in Mr. Brown's criminal history that might be explained after an investigation by the Probation Department. Further, a Pre-Plea Presentence Report is necessary to accurately assess the guideline criminal penalties and other sentencing options available to the Court pursuant to 18 U.S.C. § 3553 as Mr. Brown considers the alternatives to trial of the crime alleged in the above-captioned indictment.

The government joins with this request.

                                                   Respectfully submitted,
                                                   **DINIKUE BROWN**
                                                   By his attorney,


                                                   /s George F. Gormley
                                                   George F. Gormley
                                                   ***George F. Gormley, P.C.***
                                                   655 Summer Street
                                                   Boston, MA 02210
                                                   (617) 478-2750
                                                   BBO# 204140

**Dated**:        August 11, 2005

Case 4:05-cr-40024-FDS     Document 17     Filed 08/11/2005     Page 2 of 2