UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 05-40024-FDS
DINIKUE BROWN,                 )
        Defendant,             )
_____)
```

STATUS REPORT
August 29, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The parties have resolved all issues concerning discovery.

2. Plea Negotiations

Judge Saylor partially allowed Mr. Brown's Motion For A Pre-Plea, Pre-Sentence Report and after receipt of that report, counsel for the parties intend to meet to determine whether or not this case can be resolved without a trial.

3. Further Status Conference

A further status conference shall be held in this case on September 29, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester,

Massachusetts.

4.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 29, 2005 (date of expiration of prior order of excludable time) through September 29, 2005 (date by which the parties will determine whether or not this case will be resolved without a trial).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 8, 2005</u>.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE