UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 4:05-cr-40024-FDS |
| DINIKUE BROWN, a/k/a "Mouse," Defendant. | ) ) ) ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The United States and the defendant, Dinikue Brown, a/k/a "Mouse," through their undersigned counsel, jointly move this Honorable Court for a brief continuance of the Status Conference set for September 29, 2005, in the above captioned matter. In support of this motion, the parties state as follows:

1. Counsel for the defendant, Dinikue Brown, a/k/a "Mouse," contacted the undersigned attorney for the government to seek assent to a brief continuance of the Status Conference set for September 29, 2005, due to a scheduling conflict in connection with another case. During that communication, the parties agreed to appear for the Status Conference on or about October 12, 2005, or on another date convenient for the Court.

2. The parties understand that the Court is, in fact, available to conduct the Status Conference in this matter on October 12, 2005, at 3:00 p.m.

3. The parties agreed to exclude the time from September 29, 2005, to and including October 12, 2005, for purposes of the Speedy Trial Act.

WHEREFORE, the parties jointly request that this Honorable Court continue the Status

Conference from September 29, 2005, until October 12, 2005, and exclude the time under the

Speedy Trial Act accordingly.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN, | DINIKUE BROWN, |
| United States Attorneys, | By his attorney, |
| | |
| By:    */s/ Lisa M. Asiaf*_____ |    */s/ George F. Gormley*_____ |
| LISA M. ASIAF | GEORGE F. GORMLEY, Esq. |
| Assistant U.S. Attorney | George F. Gormley, P.C. |
| One Courthouse Way | 655 Summer Street |
| Boston, MA 02210 | Boston, MA 02210 |
| Tel:  (617) 748-3268 | Tel: (617) 478-2750 |

Dated: September 29, 2005