UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,      )
                               )
            v.                 )   CRIMINAL ACTION
                               )   NO. 05-40024-FDS
DINIKUE BROWN,                 )
            Defendant,         )
_____)

STATUS REPORT
October 13, 2005

**SWARTWOOD, C.M.J.**

   The following is a Status Report to Saylor, J. to whom this case is assigned:

   1.   Plea Negotiations

   Counsel for the parties have discussed a possible resolution of this case and both counsel have requested additional time to complete a written plea agreement.  I have granted that request.

   2.   Further Status Conference

   A further status conference shall be held in this case on November 21, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Brown, I am excluding from the Speedy Trial Act, the period from September 29, 2005 (date of expiration of prior order of excludable time) through November 21, 2005 (date by which this case should be resolved).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, January 20, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE