UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> DINIKUE BROWN, ) <br> Defendant, ) <br> ) | **CRIMINAL ACTION** <br> **NO. 05-40024-FDS** |

**ORDER OF EXCLUDABLE TIME**
October 13, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 29, 2005 (date of expiration of prior order of excludable time) through November 21, 2005 (date by which this case should be resolved) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE