# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,      )
                              )
          v.                   )      CRIMINAL ACTION
                              )      NO. 05-40024-FDS
DINIKUE BROWN,                 )
          Defendant,           )
_____)
```

## FINAL STATUS REPORT
## November 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Rule 11 Hearing</u>

Counsel for the parties have requested that this case be returned to Judge Saylor for a Rule 11 hearing.  I have granted that request.

2.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the entire period from date of arraignment through November 21, 2005.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal

cases, this case must be tried on or before <u>Friday, January 20,</u>
<u>2006</u>.


                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE