AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

**APPEARANCE**

CASE NUMBER: CR 05-40024

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DINIKUE BROWN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/24/06 | Christie M. Charles |
| Date | Signature |
| | Christie M. Charles   646995 |
| | Print Name / Bar Number |
| | 755 East Broadway |
| | Address |
| | South Boston, MA  02127 |
| | City / State / Zip Code |
| | 617-268-2999 / 268-2911 |
| | Phone Number / Fax Number |