To: The Clerk of Court

Fr: Dinikue Brown #80508-038
F.C.I Milan
P.O. Box 1000
Milan, M.I. 48160

Re: Recent Changes in Sentencing Laws regarding Crack cocaine.

Date: March 19, 2008.

On April 24, 2006 I was sentenced to 60 months imprisonment for distribution of crack cocaine by Judge Saylor.

My case # is: (4:05CR 40024-001-FDS)

In light of the recent changes in the sentencing of Crack cocaine offense I am hereby asking this court to resentence persuant to amended U.S.S.9. 1B1.10. under amended §1B1.10,

Any person serving a term of imprisonment for a crack cocaine offence will be eligible to file a motion under 18:U.S.C § 3582 (C) 2 on or after march 3, 2008 to have the court reduce his sentence.

Your asistance in this procedure is appreciated owing to the fact I do not have any legal asistance.

A response is anticipated. Thank you.

Dinikue Brown # 80508-038
F.C.I- milan
P.O. Box 1000
milan, MI. 48160.